**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Tim Wayne Fox,<br><br>    Defendant. | No. CR-22-01604-PHX-SPL-01<br><br>**ORDER** |

  Before the Court is Defendant's Motion for Reconsideration (Doc. 66), in which he requests that this Court reconsider its August 16, 2023 Order denying his Motion to Modify Conditions of Release (Doc. 65).[1]

  Reconsideration is disfavored and "appropriate only in rare circumstances." *Defs. of Wildlife v. Browner*, 909 F. Supp. 1342, 1351 (D. Ariz. 1995). Motions for reconsideration are "not the place for parties to make new arguments not raised in their original briefs," nor should such motions "be used to ask the Court to rethink what it has already thought." *Motorola, Inc. v. J.B. Rodgers Mech. Contractors*, 215 F.R.D. 581, 582 (D. Ariz. 2003); *see also* LRCiv 7.2(g)(1) ("The Court will ordinarily deny a motion for reconsideration of an Order absent a showing of manifest error or a showing of new facts or legal authority that could not have been brought to its attention earlier with reasonable diligence."). They "may not be used to raise arguments or present evidence for the first

---

[1] Absent an order of the Court, no response to a motion for reconsideration is permitted. LRCrim 12.1 (incorporating LRCiv 7.2(g)). The Court declines to call for a response as it denies the Defendant's request.

time when they could reasonably have been raised earlier in litigation," *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 887, 890 (9th Cir. 2000), or merely repeat arguments previously made in support of or in opposition to a prior motion. *See Motorola, Inc. v. J.B. Rodgers Mech. Contractors, Inc.*, 215 F.R.D. 581, 586 (D. Ariz. 2003). Mere disagreement with a previous order is an insufficient basis for reconsideration. *See Leong v. Hilton Hotels Corp.*, 689 F. Supp. 1572, 1673 (D. Haw. 1988). Upon review, the Court finds no manifest error and Defendant has not presented any basis warranting reconsideration of its prior ruling.

**IT IS ORDERED** that Defendant's Motion for Reconsideration (Doc. 66) is **denied**.

Dated this 24th day of August, 2023.

Honorable Steven P. Logan
United States District Judge