# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>Tim Wayne Fox,<br>Defendant. | No. CR-22-01604-001-PHX-DJH<br>**ORDER** |

Before the Court is Defendant's *pro se* "Application for Access to Sealed Court Records Pursuant to LRCrim 49.6" wherein Defendant is requesting, "sealed court records concerning withdrawal of counsel." Upon review of the Court's docket, the motions and orders pertaining to the withdrawal of counsel of record for Defendant, are public. Therefore,

**IT IS ORDERED denying as moot** Defendant's *pro se* "Application for Access to Sealed Court Records Pursuant to LRCrim 49.6."

**IT IS FURTHER ORDERED** the Clerk of Court shall send to Defendant copies of the motions and orders on the public record pertaining to the withdrawal of his counsel (Docs. 11, 14, 15, 36, 37, 52, 84, and 85).

Dated this 5th day of November, 2026.

Honorable Diane J. Humetewa
United States District Judge